~~SEALED~~

2020 MAR 12 A 11: 51

CLERK U.S. ...

BY ...

**CASE UNSEALED PER ORDER OF COURT**
RMC 5/5/2020

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TY DANIEL GILBERT,<br><br>    Defendant. | Case No. **20 CR0991 AJB**<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm; Title 18, U.S.C., Sec. 924(d)(1), and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

The grand jury charges:

On or about February 10, 2019, within the Southern District of California, defendant TY DANIEL GILBERT, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Glock, Model 17, .9mm handgun, bearing serial number HUZ031, and thirty-three rounds of ammunition; all in violation of Title 18, United States Code, Section 922(g)(1).

//
//
//
//

BJK:nlv:San Diego
3/11/20

FORFEITURE ALLEGATIONS

Upon conviction of the offense alleged in this Indictment, defendant TY DANIEL GILBERT shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: a a Glock, Model 17, .9mm handgun, bearing serial number HUZ031, two magazines, and thirty-three rounds of ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

DATED: March 12, 2020.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
BRANDON J. KIMURA
Assistant U.S. Attorney

2